# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JAMES ALLEN BROWN, | * |
| | * |
| Plaintiff, | *     CIVIL ACTION NO.: 5:21-cv-7 |
| | * |
| v. | * |
| | * |
| CCA GRIEVANCE COORDINATOR, | * |
| | * |
| Defendants. | * |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 32. Plaintiff filed Objections, but his Objections are unresponsive. Dkt. No. 33. Plaintiff simply states he wishes to proceed with his case. However, Plaintiff does not substantively respond to the Magistrate Judge's Report. Similarly, Plaintiff offers no response to Defendant's Motion to Dismiss, which was the basis for the recommendation of dismissal. Dkt. No. 33.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Defendant's Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order,

AO 72A
(Rev. 8/82)

DIRECTS the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___7___ day of ___February___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA